PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.      ) | **Docket Number: 1:00CR05252-02 REC** |
| ) | |
| **TRENTON DARRALLE BLANTON SR.**  ) | |
| ) | |

On October 9, 2001, the above-named was placed on supervised release (TSR) for a period of 5 years after being convicted of Conspiracy to Distribute Cocaine. The offender was sentenced to 70 months custody of the Bureau of Prisons (BOP). On October 25, 2004, the offender was released on TSR and has been supervised by the Fresno Office since that time. While on supervised release, the offender has complied with the rules and regulations of supervision. He satisfied his special assessment and has maintained full-time employment in the telemarketing field. Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:    September 24, 2007
         Fresno, California


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                **Bruce A. Vasquez
                Supervising United States Probation Officer**

**Re:     BLANTON, Trenton D.
         Docket Number:   1:00CR05252-02 REC
         ORDER TERMINATING SUPERVISED RELEASE
         <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>October 11, 2007</u>**               <u>      /s/ Oliver W. Wanger      </u>
                                         UNITED STATES DISTRICT JUDGE